UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILTON E. HUFF, JR., | ) | No. CV 12-10698-ODW (SH) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| WARDEN, LINDA T. MCGREW, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. Section 636(b)(1)(c), the court has reviewed the Petition, all of the records and files and the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and accepts the conclusion of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and the action is dismissed with prejudice.

DATED: May 23, 2013

OTIS D. WRIGHT II
United States District Judge