UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILTON E. HUFF, JR., | ) | No. CV 12-10698-ODW (SH) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN, LINDA T. MCGREW, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED:   May 23, 2013   

_____
OTIS D. WRIGHT II
United States District Judge